JUDGE ROBINSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 6371**

---

CADLES OF GRASSY MEADOWS II, LLC

**Plaintiff**

-v-

KATHRYN LAPIDUS and RAQUETTE LAKE CAMPS, INC.

**Defendant**

---

Case No.

Rule 7.1 Statement

 

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __PLAINTIFF__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

# NONE

Date: New York, New York
JULY 11, 2008

Signature of Attorney

Attorney Bar Code: SG-8328

Form Rule7_1.pdf