**Alstate Process Service Inc.**
60 BURT DRIVE
DEER PARK, NEW YORK 11729
631/667-1800

367
1090516

VLOCK & ASSOCIATES, P.C.

CASE # LAPIDUS 0718
Date Received: 07/18/08

UNITED STATES SOUTHERN DISTRICT COURT

INDEX NO.: 08 CV 6371

COUNTY OF NEW YORK

---

CADLES OF GRASSY MEADOWS II, LLC

*Plaintiff(s)*

against

KATHRYN LAPIDUS, ET AL

*Defendant(s)*

} **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF ~~SUFFOLK~~ HAMILTON  ss.:

Kevin D. Braunius being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of NEW YORK

That on 8/08/08 @ 4:13 ~~am~~/pm @ RAQUETTE LAKE CAMPS, INC., ANTLER RD., RACQUETTE LAKE NY 13436 on deponent served the within SUMMONS AND COMPLAINT AND CIVIL COVER SHEET* bearing Index# 08 CV 6371 & filing date 07/16/08 defendant therein named, KATHRYN LAPIDUS

**INDIVIDUAL** [X] by delivering thereat a true copy *of each* to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** [ ] a _____, by delivering thereat a true copy *of each* to _____ personally; deponent knew said _____ so served to be the _____ described as the named defendant and knew said individual to be the _____ thereof an authorized person to accept service of process

**SUITABLE AGE PERSON** [ ] by delivering thereat a true copy *of each* to _____ a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's _____ and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** [ ] by affixing a true copy *of each* to the door of said premises, which is defendant's _____ within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's _____ with _____ and having called there on _____

* AND RULE 7.1 STATEMENT

**MAILING** [ ] On _____ deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's _____ and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION** Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| F | W | Bro | 54 | 5'1" | 120 |

**USE IN NYC CIVIL CT.** [ ] Other identifying features: _____

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** [X] I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON August 9, 2008

*Brenda J. Parker* (signature)

*Kevin D. Braunius* (signature)
Kevin D. Braunius

LICENSE NO. _____

BRENDA J. PARKER
Notary Public
No. 4992684
County of Hamilton, State of New York
My Commission Expires March 2, 20 10