UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**CADLES OF GRASSY MEADOWS II, LLC**
               Plaintiff,
               INDEX# 08 CV 6371

--- AGAINST ---
               AFFIDAVIT OF SERVICE

**KATHRYN LAPIDUS, ET. ANO.**
               Defendant,

---

STATE OF NEW YORK)
               )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 18th day of July, 2008, she served the Summons and Complaint, Civil Cover Sheet and Rule7.1 on RAQUETTE LAKE CAMPS, INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                              MARIA SCHMITZ

Sworn before me this
18th day of July, 2008

LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011