UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

**CADLES OF GRASSY MEADOWS II, LLC,**         Case No.: 08-Civ.-6371

                   **Plaintiff,**

  -against-                                                   NOTICE OF APPEARANCE

**KATHRYN LAPIDUS AND RAQUETTE LAKE
CAMPS, INC.,**

                   **Defendants.**
------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that Anthony F. Prisco, Esq. of Salamon, Gruber, Blaymore & Strenger, P.C., hereby appears as counsel for Defendants Kathryn Lapidus and Raquette Lake Camps, Inc., in the above-entitled action.

Dated: Roslyn Heights, New York
       August 21, 2008

                                      SALAMON, GRUBER, BLAYMORE
                                        &STRENGER, P.C.


                                  By: ___S/_____
                                     Anthony F. Prisco, Esq. (AP-9633)
                                Attorneys for Defendants
                                Kathryn Lapidus and Raquette Lake Camps, Inc.
                                97 Powerhouse Road, Suite 102
                                Roslyn Heights, New York 11577
                                (516) 625-1700

G:\APRISCO\Cadles v. Lapidus(USDC)\Pleadings\Notice of Appearance (AFP).wpd