UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CADLES OF GRASSY MEADOWS II, LLC,

                      Plaintiff,

       -against-                         08 CIVIL 6371 ( SCR )

KATHRYN LAPIDUS AND RAQUETTE LAKE CAMPS, INC.,

                      Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

[X] ***Attorney***

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        AP-9633

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] ***Law Firm/Government Agency Association***

    From: _____

    To: _____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

~~Salamon, Gruber,~~ Blaymore & Strenger, P.C.

[X] ***Address:*** 97 Powerhouse Road, Suite 102, Roslyn Heights, NY 11577

[X] ***Telephone Number:*** 516-625-1700

[X] ***Fax Number:*** 516-625-1755

[X] ***E-Mail Address:*** aprisco@sgnblaw.com

Dated: 8/21/08