## SALAMON, GRUBER, BLAYMORE & STRENGER, P.C.

| | | |
|---|---|---|
| MICHAEL D. BLAYMORE | SUITE 102 | |
| RUSSELL B. BLAYMORE | 97 POWERHOUSE ROAD | |
| LEONARD GRETAH | ROSLYN HEIGHTS, N. Y. 11577-2016 | |
| CRAIG M. GRUBER | (516) 625-1700 | |
| DAVID GRUBER | --------------------- | |
| SCOTT J. MANDEL | TELECOPIER NO. (516) 625-1795 | |
| ANTHONY PRISCO | WWW.SGNBLAW.COM | |
| SANFORD STRENGER | | |
| LOUIS W. ZAPATA | | |

Writer's Direct E-Mail:
aprisco@sgnblaw.com

August 21 2008

**ORIGINAL FILED BY ECF**
**VIA FACSIMILE**
Hon. Stephen C. Robinson
United States District Court
Southern District of New York
US Courthouse
300 Quarropas Street
White Plains, NY 10601

     Re:    Cadles of Grassy Meadows II, LLC v. Kathryn Lapidus and
               Raquette Lake Camps, Inc.
               Case No.: 08 Civ. 6371 (SR)

Dear Judge Robinson:

     We represent the Defendants Kathryn Lapidus and Raquette Lake Camps (the "Camp") in the above entitled action and we are requesting an extension for the Defendants to move or answer until September 29, 2008.[1] This is the first request for an extension. I telephoned Plaintiff's counsel to request consent, however, Mr. Vlock informed me that I must speak with Mr. Giordano, who is handling the matter. Mr. Giordano is out of the office until Monday. As both myself and the partner in charge of this action have vacation scheduled next week, we deemed it appropriate to request an extension from the Court.

     Ms. Lapidus, the owner of Raquette Lake Camps, was upstate running the Camp until recently and we have yet to confer about the matter. Additionally, aside from upcoming vacation, we also are preparing for trial in mid-September. We, therefore, respectfully request a thirty (30) day adjournment so that we can adequately respond to the Complaint.

                                      Respectfully submitted,

                                      s/
                                    Anthony F. Prisco (AP-9633)

AFP:tv
    cc:    Steven Giordano, Esq. (Via Facsimile)
            Stephen Vlock, Esq. (Via Facsimile)
ap\G:\APRISCO\Cadles v. Lapidus(USDC)\Correspondence\Robinson (Hon.)-ltr-8-21-08.wpd

---

[1] Kathryn Lapidus was served personally at the Camp on August 7, 2008. While PACER indicates that the Camp was served through the Secretary of State on July 18, 2008, which would have been mailed to an address on file for the Camp in Westchester County, Kathryn was upstate running the Camp at this time and I have no knowledge that she ever received this Complaint.