# VLOCK & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

230 PARK AVENUE
NEW YORK, N.Y. 10169-0199

TEL: (212) 557-0020
FAX: (212) 557-7283

August 19, 2008

BY FAX AND REGULAR MAIL

The Honorable Stephen C. Robinson
United States District Court
300 Quarropas Street, Room 633
White Plains, New York 10601

# MEMO ENDORSED

Re:  Cadles of Grassy Meadows II, L.L.C.
     v. Kathryn Lapidus, et al.
     Case No. 08 cv 6371 (SCR)

Dear Judge Robinson:

My office represents the Plaintiff in the above-referenced action. Pursuant to the instruction of Joanna D'Avella from your chambers, I am writing regarding Your Honor's Notice of Requirement to Submit a Scheduling Order, dated July 21, 2008.

Pursuant to the said Notice, the parties are required to submit a Scheduling Order by August 22, 2008. However, Defendant Raquette Lake Camps is already in default, having not answered or appeared by the deadline which was August 8, 2008. Defendant Kathryn Lapidus has also yet to appear, although her deadline to answer or appear is August 28, 2008. Accordingly, Plaintiff respectfully requests an adjournment to a date in late September of the said requirement of a proposed Scheduling Order pending the resolution of the default(s) of the Defendants.

Thank you for your consideration.

Very truly yours,

Steven Giordano

APPLICATION GRANTED

HON. STEPHEN C. ROBINSON
8/21/08