UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

CADLES OF GRASSY MEADOWS II, LLC,        Case No.: 08-Civ.-6371

                      **Plaintiff,**

    -against-                                           NOTICE OF APPEARANCE

KATHRYN LAPIDUS AND RAQUETTE LAKE
CAMPS, INC.,

                      **Defendants.**
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that Sanford Strenger, Esq. of Salamon, Gruber, Blaymore & Strenger, P.C., hereby appears as lead counsel for Defendants Kathryn Lapidus and Raquette Lake Camps, Inc., in the above-entitled action.

Dated: Roslyn Heights, New York
       September 4, 2008

                                          SALAMON, GRUBER, BLAYMORE
                                             & STRENGER, P.C.

                                           By: S/_____
                                               Sanford Strenger, Esq. (SS-0175)
                                           Attorneys for Defendants
                                           Kathryn Lapidus and Raquette Lake Camps, Inc.
                                           97 Powerhouse Road, Suite 102
                                           Roslyn Heights, New York 11577
                                           (516) 625-1700

G:\APRISCO\Cadles v. Lapidus(USDC)\Pleadings\Notice of Appearance (SS).wpd